ARNOLDO CASILLAS, ESQ., SBN 158519
DANIEL W. GILLETTE, ESQ., SBN 244019
CASILLAS & ASSOCIATES
2801 E. Spring Street, Suite 200
Long Beach, CA 90806
Tel: (562) 203-3030
Fax: (323) 725-0350
acasillas@casillaslegal.com
dgillette@casillaslegla.com

Attorneys for Plaintiff STEVE HOLLON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE HOLLON, an individual,<br><br>Plaintiff,<br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | **CASE NO.: 2:26-cv-02158-DJC-CSK**<br><br>**STIPULATION OF THE PARTIES ALLOWING PLAINTIFF TO FILE AN AMENDED COMPLAINT; ORDER** |

COME NOW THE PARTIES TO THE PRESENT ACTION, through their attorneys of record, after having met and conferred and stipulate as follows:

**STIPULATION OF THE PARTIES**

WHEREAS, Plaintiff served defendants County Of Sacramento, Sacramento County Conflict Criminal Defender, and Sacramento County Public Defender's Office on September 23, 2026; and,

WHEREAS after counsel for Plaintiff and Defendants met and conferred, counsel for Defendants filed a motion to dismiss Plaintiff's complaint (FRCP Rule 12(b)(6)), Dckt #17; and,

WHEREAS, on November 23, 2026, after further meaningful discussion about the issues and related authority, Plaintiff's counsel believes that the issues raised by Defendants' counsel can be addressed by amendment of the complaint. Following further discussion as to the issues raised in the pending motion to dismiss, counsel for the Parties agreed that amendment of the subject pleading would be the most expeditious means to address the concerns raised by Defendants' counsel in their Motion to Dismiss;

THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. The pending motion to dismiss Plaintiff's Complaint (Dckt #17) is hereby withdrawn,
2. An order should issue, granting Plaintiff leave to file his First Amended Complaint for Damages within thirty (30) days of the signing of the proposed order and that Defendants' responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED.**

Dated: November 23, 2026

CASILLAS & ASSOCIATES

By: *<u>/s/ Arnoldo Casillas</u>*
ARNOLDO CASILLAS
DANIEL W. GILLETTE
Attorneys for Plaintiff Steve Hollon

Dated: November 23, 2026

PORTER SCOTT
A PROFESSIONAL CORPORATION

By: *<u>/s/Matthew W. Gross</u>*
Carl L. Fessenden
Matthew W. Gross
Attorneys for Defendants County Of Sacramento, Sacramento County Conflict Criminal Defender, and Sacramento County Public Defender's Office

**ORDER**

GOOD CAUSE APPEARING and the parties having stipulated, it is hereby ordered that Plaintiff shall file a First Amended Complaint within thirty (30) days of the signing of this order. Thereafter, Defendants shall have thirty (30) days after the filing of the First Amended Complaint to file their responsive pleading.

IT IS SO ORDERED.

Dated: November 24, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE